THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGEL DELGADO, Appellant.—

 Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Macken, JJ.